**Joseph V. FROSINA, Appellant,**

v.

**POST OFFICE EMPLOYEES' CREDIT UNION, Appellee.**

No. 15478.

United States Court of Appeals
Fifth Circuit.

June 21, 1955.

J. Weeks Murphy, New Orleans, La., for appellant.

James Gibson Tucker, Jr., New Orleans, La., Tucker & Schonekas, New Orleans, La., for appellee.

Before HUTCHESON, Chief Judge, and RIVES and TUTTLE, Circuit Judges. ^

PER CURIAM.

An examination of the record disclosing that the appeal is wholly unmeritorious, the order appealed from is affirmed.

**CISATLANTIC CORPORATION and Edgar Ausnit, Plaintiffs-Appellants,**

v.

**Herbert BROWNELL, Jr., Attorney General of the United States of America, and Ivy Baker Priest, Treasurer of the United States of America, Defendants-Appellees.**

No. 263, Docket 23499.

United States Court of Appeals
Second Circuit.

Argued April 22, 1955.
Decided May 11, 1955.

Graubard & Moskovitz, New York City (Irving Moskovitz, Peter N. Schiller and David A. Avram, New York City, of counsel), for appellants.

Dallas S. Townsend, Washington, D. C., J. Edward Lumbard, New York City, James D. Hill, George B. Searls and Westley W. Silvian, Washington, D. C., for appellees.

Before FRANK, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Clancy, D.C., 131 F.Supp. 406.

**UNITED STATES ex rel. Pasquale LUCENTE, Relator-Appellant,**

v.

**A. J. KARNUTH, District Director, Immigration and Naturalization, Respondent-Appellee.**

No. 350, Docket 23544.

United States Court of Appeals
Second Circuit.

Argued June 15, 1955.
Decided June 15, 1955.

Lovallo & Matusick, Leonard C. Lovallo, Buffalo, N. Y., for relator-appellant.

John O. Henderson, U. S. Atty. for Western Dist. of New York, Buffalo, N. Y. (Robert P. Freedman, Buffalo, N. Y., of counsel), for respondent-appellee.

Before CLARK, Chief Judge, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

Order affirmed in open court.